UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. MARINKOVIC,<br><br>                    Plaintiff,<br><br>v.<br><br>ADRIENNE LEE, KENDYL MAGNUSON, STAR RIVERA-LACEY, et al.,<br><br>                    Defendants. | Case No.:  22-CV-998-JO-JLB<br><br>**ORDER GRANTING LEAVE TO REFILE IFP MOTION** |

On July 7, 2022, Plaintiff filed a complaint and motion for leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915.  On July 19, 2022, Plaintiff filed an Amended Complaint and another request to proceed IFP.  Plaintiff failed to file a completed IFP form, entitled "Application to Proceed in District Court Without Prepaying Fees or Costs," or to state any facts to support a finding that Plaintiff is unable to pay the filing fee.  For this reason, the Court denied Plaintiff's motion for leave to proceed IFP and associated requests.  Dkt. 5.  The Court also granted Plaintiff leave to refile a completed IFP form and informed Plaintiff that if he did not refile or pay the filing fee by September 15, 2022, that the action would be dismissed for failure to prosecute.  *Id.*  The Clerk of the Court mailed

the Court's order to Plaintiff's address of record, but the mail was returned as undeliverable. Dkt. 7. Several weeks later, Plaintiff filed notice that his address had changed. Dkt. 8.

Because Plaintiff does not appear to have received the Court's original order, the Court will grant Plaintiff leave to either refile a completed IFP form or pay the filing fee on or before June 16, 2023. Failure to do so will result in dismissal of the case. The Clerk of the Court is instructed to mail this order and the Court's original order [Dkt. 5] to Plaintiff's address of record.

IT IS SO ORDERED.

Dated: June 1, 2023

Hon. Jinsook Ohta
United States District Judge